THE PEOPLE OF THE STATE OF ILLINOIS, Petitioner-Appellee, *v.* LARRY ALEXANDER, a Minor, Respondent-Appellant.

(No. 57863; )

First District (5th Division)—July 20, 1973.

PER CURIAM.
SULLIVAN, J., took no part.

Kenneth L. Gillis, District Defender, of Chicago, (James R. Streicker, Assistant Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (James S. Veldman and Douglas Cannon, Assistant State's Attorneys, of counsel,) for the People.